UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00160 |
| | ) SENIOR JUDGE NIXON |
| LAQUAN REDMON | ) |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW LaQuan Redmon, through counsel, and respectfully requests that the Court continue the sentencing hearing currently scheduled for **Friday, March 29, 2013**, for a period of one week, or until **Friday, April 5, 2013**, if convenient with the Court's calendar. Counsel would show that he will be out of the district on the date currently scheduled for the sentencing hearing and would require a short continuance until April 5, 2013.

WHEREFORE, it is respectfully requested that the sentencing hearing be rescheduled for **Friday, April 5, 2013**, at a time convenient with the Court's calendar.

*[Handwritten: April 12, 2013 / Granted. Re-set for Friday, April [12] at 10:30]*

Respectfully submitted,

/s/ Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for LaQuan Redmon

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, I electronically filed the foregoing *Motion to Continue Sentencing Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Braden H. Boucek**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203 and by internal courthouse mail to **Deborah Lochmaier**, Senior United States Probation Officer, 110 Ninth Avenue South, Suite A725, Nashville, TN 37203.

/s/ Ronald C. Small
RONALD C. SMALL